**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Rosemarie Ramirez
Plaintiff,
v.
Blue Sky Casino, LLC
Defendant.

Case No.: 1:26−cv−01388
Honorable April M. Perry

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 18, 2026:

MINUTE entry before the Honorable April M. Perry: Oral ruling issued 8/18/2026 on Defendant's motion to dismiss for improper venue [9]. For the reasons stated on the record, the motion to dismiss is denied. Defendant is to answer or otherwise plead by 9/8/2026. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.